[No. 13040-1-III.     Division Three.     February 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE L.
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 92-1-00323-3, Donald W. Schacht, J.,
entered January 25, 1993. *Affirmed* by unpublished opinion

per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.